## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| ELIZABETH CHEMALY | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | |
| | ) | 1:16-cv-01723-WSD |
| SENTRY SURVEILLANCES, INC., | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

## ORDER APPROVING SETTLEMENT AND
## DISMISSING THE ACTION WITH PREJUDICE

This action came before the Court on the Parties' Joint Motion for an Order Approving Settlement and Dismissing the Action with Prejudice.  (Doc. No. 16).

Therein, the parties properly sought Final Approval of the terms of their Settlement.  *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982) ("When employees bring a private action for back wages under the FLSA, and present to the district court a proposed settlement, the district court may enter a stipulated judgment after scrutinizing the settlement for fairness.") (citations omitted).

Having reviewed the Joint Motion, the record, and the details of the settlement, the Court concludes that the terms of the settlement (1) are fair to the named Plaintiff; (2) reflect a reasonable compromise over the issues that are

actually in dispute in this case; and (3) demonstrate a good-faith intention by the parties that the Plaintiff's claims be fully and finally resolved.

Furthermore, the settlement (1) arrived at a fair disposition of the claims; and (2) arrived at a fair and reasonable settlement of the attorneys' fees and costs of litigation. *See generally, Lynn's Food Stores*, 679 F.2d at 1353.

Accordingly, the Motion is **GRANTED** and the settlement is hereby **APPROVED** by the court as a final, fair, adequate, and reasonable resolution of this Action.

**IT IS FURTHER ORDERED** that this matter be **DISMISSED WITH PREJUDICE**.

**SO ORDERED** this 6th day of March, 2017.


WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE

2